# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV297-1-T
## (1:04CR84)

| | |
|---|---|
| **MARCOS GONZALEZ-DELGADO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and the action is hereby **DISMISSED WITH PREJUDICE.**

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

2

Signed: October 15, 2007

Lacy H. Thornburg
United States District Judge